IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00284-MR-WCM

| | |
|---|---|
| RYAN CRAIG STEVENS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MONTREAT COLLEGE; ) | |
| DR. PAUL J. MAURER; ) | |
| DR. DANIEL BENNETT; ) | |
| DR. DOROTHEA SHUMAN; and ) | |
| DR. RYAN ZWART, ) | |
| ) | |
|    Defendants ) | |
| _____ ) | |

This matter came before the Court on November 3, 2023 for a status conference and a hearing on a Motion for Extension of Time (Doc. 2) filed by Montreat College ("Montreat"). This Order memorializes the Court's oral rulings made during that proceeding.

Defendants **SHALL FILE**, on or before November 17, 2023, a file-stamped copy of Plaintiff's Amended Complaint, which the parties represented had been filed in state court before the case was removed.

Plaintiff **SHALL FILE**, on or before December 1, 2023, a Second Amended Complaint. Plaintiff should attempt to ensure that his filing complies with the Federal Rules of Civil Procedure, including Rule 8 which requires that

1

a pleading contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8.

Montreat's Motion for Extension of Time (Doc. 2) is **DENIED AS MOOT**. Montreat is not required to respond to Plaintiff's existing Amended Complaint at this time but shall respond in the ordinary course to Plaintiff's forthcoming Second Amended Complaint.

It is so ordered.

Signed: November 3, 2023

W. Carleton Metcalf
United States Magistrate Judge