IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00284-MR-WCM

| | | |
|---|---|---|
| RYAN CRAIG STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MONTREAT COLLEGE; | ) | |
| DR. PAUL J. MAURER; | ) | |
| DR. DANIEL BENNETT; | ) | |
| DR. DOROTHEA SHUMAN; and | ) | |
| DR. RYAN ZWART, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court following the filing of a Motion to Dismiss Dr. Paul J. Maurer, Dr. Daniel Bennett, Dr. Dorothea Shuman, and Dr. Ryan Zwart (the "Individual Defendants"), by which the Individual Defendants move to dismiss Plaintiff's claims against them pursuant to Rules 12(b)(2), 12(b)(4), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure (the "Individual Defendants' Motion to Dismiss," Doc. 24).

Plaintiff is **ADVISED** to review the Individual Defendants' Motion to Dismiss and supporting memorandum (Docs. 24, 25) carefully. Plaintiff is further advised that if he does not submit a response to the Motion by the date set forth herein, the Court may proceed to consider the Individual Defendants' Motion to Dismiss without hearing from him. See Roseboro v. Garrison, 528

1

F.2d 309, 310 (4th Cir. 1975); see also Carr v. Reece, No. 3:21-cv-00217-FDW-DCK, 2021 WL 5855646 at *2, n. 1 (W.D.N.C. Dec. 9, 2021) ("[C]ourts routinely issue Roseboro notices for motions to dismiss, and the Court does so here.").

In the exercise of discretion, Plaintiff's deadlines for filing a response to the Individual Defendants' Motion to Dismiss is **EXTENDED** through and including **February 23, 2024**.

It is so ordered.

Signed: January 31, 2024

W. Carleton Metcalf
United States Magistrate Judge