Hand-Delivered

FILED
ASHEVILLE, NC
FEB 26 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| RYAN CRAIG STEVENS<br><br>Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE;<br>DR. PAUL J. MAURER;<br>DR. DANIEL T. BENNETT;<br>DR. DOROTHEA K. SHUMAN; and<br>DR. RYAN T. ZWART,<br><br>Defendants. | Case No. 1:23-cv-00284-MR-WCM<br><br>MOTION FOR COURT TO ORDER SERVICE OF THE SECOND AMENDED COMPLAINT AND SUMMONSES |

Pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, Plaintiff, Ryan Craig Stevens, respectfully motions the Court to order service of the Second Amended Complaint and Summonses be made by a United States marshal, or deputy marshal, or by a person specifically appointed by the court.

In support of this motion, Plaintiff shows good cause, as follows:

1. The Individual Defendants allege they have not been properly served.

2. Plaintiff's in person request was not received by the Court, as it appeared the Clerk's Office assistant was unaware the Court may grant such request.

3. Plaintiff requested the Court to serve the Second Amended Complaint and Summonses, but was informed the Court does not offer such service, unless an in forma pauperis is granted.

4. The assistant informed Plaintiff he may request such service from the U.S. Marshals Services office, but after immediately requesting such in person, his request was denied without consideration.

5. The Buncombe County Sheriff's Office had issues serving the Individual Defendants, and it is uncertain whether any defects of service may need to be corrected.

WHEREFORE, Plaintiff respectfully requests the Court enter an order granting Plaintiff's Motion for the Court to order service of the Second Amended Complaint and Summonses be made by a United States marshal, or deputy marshal, or by a person specifically appointed by the court.

Dated this 26th Day of February, 2024.

*Ryan Stevens*

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se

2 of 3

Case 1:23-cv-00284-MR-WCM   Document 31   Filed 02/26/24   Page 2 of 3

# CERTIFICATE OF SERVICE

I, PLAINTIFF, hereby certify the foregoing **MOTION FOR COURT TO SERVE THE COMPLAINT AND SUMMONSES ON DEFENDANTS be made by a United States marshal, or deputy marshal, or by a person specifically appointed by the court** was filed, this day, via the CM/ECF system, and served contemporaneously via U.S. mail and email to Defendants' counsel:

    Beth Tyner Jones, N.C. State Bar No. 15923
    Jesse A. Schaefer, N.C. State Bar No. 44773
    Womble Bond Dickinson (US) LLP
    555 Fayetteville Street, Suite 1100
    Raleigh, NC 27601
    Telephone: (919) 755-8125
    Facsimile: (919) 755-6752
    Email: Jesse.Schaefer@WBD-US.com
    Beth.Jones@WBD-US.com

    Counsel for Defendants (Montreat College, et al.)

Dated this 26th Day of February, 2024.

*/s/ Ryan Stevens*

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se

3 of 3

Case 1:23-cv-00284-MR-WCM   Document 31   Filed 02/26/24   Page 3 of 3