IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

RYAN CRAIG STEVENS

             Plaintiff,

      v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

             Defendants.

Case No. 1:23-cv-00284-MR-WCM

## SUMMONS IN A CIVIL ACTION

TO:

Womble Bond Dickinson (US) LLP
Beth Tyner Jones, N.C. State Bar No. 15923
Jesse Schaefer, N.C. State Bar No. 44773
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601

Counsel for Defendant Montreat College

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (excluding the date received) –

or 60 days, if you are the United States, or a United States agency, or an officer or employee of
the United States, described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff
an answer to the attached complaint, or a motion, under Rule 12 of the Federal Rules of Civil
Procedure. The answer, or motion, must be served on the plaintiff, or plaintiff's attorney,
whose name and address are:

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778
Plaintiff in pro se

       If you fail to respond, judgement by default will be entered against you for the relief
demanded in the complaint. You also must file your answer, or motion, with the court.

Katherine Hord Simon, Clerk
United States District Court

**3/4/2024**

Date _____

Civil Action No. 1:23-cv-00284-MR-WCM

## PROOF OF SERVICE
*(This section should not be filed with the court, unless required by Fed. R. Civ. P. 4(l).)*

This summon for *(name of individual, and title, if any)* _____
was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at *(place/address)*:

_____

_____

on *(date)*: _____; or

❑ I left the summons at the individual's residence, or usual place of abode, with *(name)* _____
_____, a
person of suitable age and discretion, whom resides there, on *(date)* _____, and
mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____
_____; or

❑ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for
services, totaling $ _____.

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                              Server's signature

                                     _____
                                              Printed name and title

                                     _____
                                              Server's address

Additional information regarding attempted service, etc:

_____

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

RYAN CRAIG STEVENS

           Plaintiff,

v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

           Defendants.

Case No. 1:23-cv-00284-MR-WCM

SUMMONS IN A CIVIL ACTION

TO:

    Dr. Paul J. Maurer
    111 Connally Street
    Black Mountain, NC 28711

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (excluding the date received) –
or 60 days, if you are the United States, or a United States agency, or an officer or employee of
the United States, described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff
an answer to the attached complaint, or a motion, under Rule 12 of the Federal Rules of Civil
Procedure. The answer, or motion, must be served on the plaintiff, or plaintiff's attorney,
whose name and address are:

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778

Plaintiff in pro se

    If you fail to respond, judgement by default will be entered against you for the relief
demanded in the complaint. You also must file your answer, or motion, with the court.



**3/4/2024**

Date _____

_Katherine Hord Simon_ _____

Katherine Hord Simon, Clerk
United States District Court

Civil Action No. 1:23-cv-00284-MR-WCM

## PROOF OF SERVICE
*(This section should not be filed with the court, unless required by Fed. R. Civ. P. 4(l).)*

This summon for *(name of individual, and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the defendant at *(place/address)*:

_____

_____

on *(date)*: _____ ; or

☐ I left the summons at the individual's residence, or usual place of abode, with *(name)* _____

_____ , a
person of suitable age and discretion, whom resides there, on *(date)* _____ , and
mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for
services, totaling $ _____.

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature                    ∧

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

_____

_____

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

RYAN CRAIG STEVENS

        Plaintiff,

     v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

        Defendants.

Case No. 1:23-cv-00284-MR-WCM

SUMMONS IN A CIVIL ACTION

TO:

Dr. Daniel T. Bennett
115 Lower Christ School Road
Fletcher, NC 28732

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (excluding the date received) —
or 60 days, if you are the United States, or a United States agency, or an officer or employee of
the United States, described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff
an answer to the attached complaint, or a motion, under Rule 12 of the Federal Rules of Civil
Procedure. The answer, or motion, must be served on the plaintiff, or plaintiff's attorney,
whose name and address are:

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778

Plaintiff in pro se

If you fail to respond, judgement by default will be entered against you for the relief
demanded in the complaint. You also must file your answer, or motion, with the court.

**3/4/2024**

Date _____

Katherine Hord Simon, Clerk
United States District Court

## PROOF OF SERVICE
*(This section should not be filed with the court, unless required by Fed. R. Civ. P. 4(l).)*

This summon for *(name of individual, and title, if any)* _____
was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at *(place/address):*

_____

_____

on *(date):* _____; or

❑ I left the summons at the individual's residence, or usual place of abode, with *(name)* _____
_____, a
person of suitable age and discretion, whom resides there, on *(date)* _____, and
mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____
_____; or

❑ Other *(specify):* _____.

My fees are $ _____ for travel and $ _____ for
services, totaling $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature ʌ

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

_____

_____

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

RYAN CRAIG STEVENS

                Plaintiff,

      v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

               Defendants.

Case No. 1:23-cv-00284-MR-WCM

## SUMMONS IN A CIVIL ACTION

TO:

> Dr. Dorothea (Dottie) K. Shuman
> 309 Ninth Street
> Black Mountain, NC 28711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (excluding the date received) —
or 60 days, if you are the United States, or a United States agency, or an officer or employee of
the United States, described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff
an answer to the attached complaint, or a motion, under Rule 12 of the Federal Rules of Civil
Procedure. The answer, or motion, must be served on the plaintiff, or plaintiff's attorney,^
whose name and address are:

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778

Plaintiff in pro se

If you fail to respond, judgement by default will be entered against you for the relief
demanded in the complaint. You also must file your answer, or motion, with the court.



**3/4/2024**

Date _____

Katherine Hord Simon, Clerk
United States District Court

## PROOF OF SERVICE
*(This section should not be filed with the court, unless required by Fed. R. Civ. P. 4(I).)*

This summon for *(name of individual, and title, if any)* _____
was received by me on *(date)* _____ .

❑ I personally served the summons on the defendant at *(place/address)*: _____
_____
_____

on *(date)*: _____ ; or

❑ I left the summons at the individual's residence, or usual place of abode, with *(name)* _____
_____ , a
person of suitable age and discretion, whom resides there, on *(date)* _____ , and
mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____
_____ ; or

❑ Other *(specify)*: _____ .

My fees are $ _____ for travel and $ _____ for
services, totaling $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____


                                              _____
                                              Server's signature               ⋏

                                              _____
                                              Printed name and title

                                              _____
                                              Server's address

Additional information regarding attempted service, etc:
_____
_____
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

RYAN CRAIG STEVENS

            Plaintiff,

    v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

            Defendants.

Case No. 1:23-cv-00284-MR-WCM

## SUMMONS IN A CIVIL ACTION

TO:

    Dr. Ryan T. Zwart
    702 Padgettown Road
    Black Mountain, NC 28711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (excluding the date received) –
or 60 days, if you are the United States, or a United States agency, or an officer or employee
of the United States, described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the
plaintiff an answer to the attached complaint, or a motion, under Rule 12 of the Federal
Rules of Civil Procedure. The answer, or motion, must be served on the plaintiff, or
plaintiff's attorney, whose name and address are:

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778

Plaintiff in pro se

If you fail to respond, judgement by default will be entered against you for the relief
demanded in the complaint. You also must file your answer, or motion, with the court.

**3/4/2024**

Date _____

_Katherine Simon_

Katherine Hord Simon, Clerk
United States District Court

## PROOF OF SERVICE
*(This section should not be filed with the court, unless required by Fed. R. Civ. P. 4(l).)*

This summon for *(name of individual, and title, if any)* _____
was received by me on *(date)* _____ '

❑ I personally served the summons on the defendant at *(place/address)*:

_____

_____

on *(date)*: _____ ; or

❑ I left the summons at the individual's residence, or usual place of abode, with *(name)* _____

_____ ,
a person of suitable age and discretion, whom resides there, on *(date)* _____ ,
and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____
_____ ; or

❑ Other *(specify)*: _____ .

My fees are $ _____ for travel and $ _____ .
for services, totaling $ _____ .

I declare under penalty of perjury that this information is true.


Date: _____                _____
                                                  Server's signature          ʌ


                                                  _____
                                                  Printed name and title


                                                  _____
                                                  Server's address

Additional information regarding attempted service, etc:

_____

_____

_____