UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| RYAN CRAIG STEVENS<br><br>Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE;<br>DR. PAUL J. MAURER;<br>DR. DANIEL T. BENNETT;<br>DR. DOROTHEA K. SHUMAN; and<br>DR. RYAN T. ZWART,<br><br>Defendants. | Case No. 1:23-cv-00284-MR-WCM |

### SUMMONS IN A CIVIL ACTION

**TO:**

Montreat College
310 Gaither Circle
Montreat, NC 28757

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (excluding the date received) – or 60 days, if you are the United States, or a United States agency, or an officer or employee of the United States, described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint, or a motion, under Rule 12 of the Federal Rules of Civil Procedure. The answer, or motion, must be served on the plaintiff, or plaintiff's attorney, whose name and address are:

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778
Plaintiff in pro se

**If you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer, or motion, with the court.**

*/s/ Katherine H. Simon*

Katherine Hord Simon, Clerk
United States District Court

Date 3/5/2024

# PROOF OF SERVICE
*(This section should not be filed with the court, unless required by Fed. R. Civ. P. 4(1).)*

This summon for *(name of individual, and title, if any)* _____
was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at *(place/address)*:
_____
_____

on *(date)*: _____ ; or

❏ I left the summons at the individual's residence, or usual place of abode, with *(name)* _____,
a person of suitable age and discretion, whom resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____
_____ ; or

❏ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, totaling $ _____.

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                  **Server's signature**

                                  _____
                                  **Printed name and title**

                                  _____
                                  **Server's address**

Additional information regarding attempted service, etc:
_____
_____
_____