Hand-Delivered



# Payment Receipt Confirmation

Your payment was successfully processed.

**Receipt Contact Information**

| | | | |
|---|---|---|---|
| Contact Name | NIC Services, LLC | Contact Phone | 1-888-859-6183 |
| Contact Email | N/A | Contact Url | N/A |

## Transaction Summary

| Description | Amount |
|---|---|
| Payment to NC Courts | $154.38 |

## Transaction Detail

The following amounts will be remitted back to the County Clerk.

| SKU | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| FCROTC | Payment to NC Courts | $150.00 | 1 | $150.00 |
| | | | Total | $150.00 |

**Customer Information**

| | | **Payment Information** | |
|---|---|---|---|
| Customer Name | STEVENS,RYAN | Payment Type | Credit Card |
| Local Reference ID | 100_100Q245670_ | Credit Card Type | MAST |
| Citation Number: | | Credit Card Number | ******0316 |
| Receipt Date | 3/5/2024 | Order ID | 79020038 |
| Receipt Time | 03:42:46 PM EST | Billing Name | STEVENS/RYAN |
| **Billing Information** | | | |
| Billing Address | Payment taken at CSC office | Phone Number | |
| in BUNCOMBE County | | This receipt has been emailed to the address below. | |
| Billing City, State | ASHEVILLE, NC | Email Address | |
| ZIP/Postal Code | 28801 | | |
| Country | US | | |

---

```
BUNCOMBE COUNTY CLERK OF COURT

0245670        03/05/24  15:43:03

PAYOR: STEVENS,RYAN
PAYEE:
CASE#:            VCAP:N
CITA#:

22515 CO PROC FEE CV     150.00

       TOTAL PAID         150.00
       CC TENDERED        150.00
           CHANGE            .00

4787   ID C10JMW

***CREDIT CARD FEES NOT INCLUDED.***
*SEE CREDIT CARD RECEIPT FOR FEES.***
```

FILED
ASHEVILLE, NC

**MAR 0 5 2024**

U.S. DISTRICT COURT
W. DISTRICT OF N.C.