IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00284-MR-WCM

| | | |
|---|---|---|
| RYAN CRAIG STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MONTREAT COLLEGE; | ) | |
| DR. PAUL J. MAURER; | ) | |
| DR. DANIEL BENNETT; | ) | |
| DR. DOROTHEA SHUMAN; and | ) | |
| DR. RYAN ZWART, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on Plaintiff's "Motion for Court to Order Service to be Made Within a Specified Time" (the "Motion," Doc. 36).

By the Motion, Plaintiff requests that the Court direct that summonses, which Plaintiff recently obtained from the Clerk of this Court, be served "within a specified time, extending the time for service for an appropriate period." Doc. 36 at 1.

Plaintiff originally filed this action in the Superior Court of Buncombe County, North Carolina on October 24, 2022. It has been, and remains, Plaintiff's obligation to serve Defendants. Plaintiff has been reminded of this obligation as to the Individual Defendants. Doc. 21 at 7 (explaining that Plaintiff remained "obligated to serve the Individual Defendants,"); see also

Doc. 32.

Plaintiff's deadline to file a response to Montreat's Motion to Dismiss (Doc. 18) and his deadline to file any supplemental or additional response to the Individual Defendants' Motion to Dismiss (Doc. 24) have been extended to and including March 15, 2024.

The Court is not persuaded that the deadline for Plaintiff to serve Defendants should be extended further.

Accordingly, Plaintiff's "Motion for Court to Order Service to be Made Within a Specified Time" (Doc. 36) is **DENIED**.

It is so ordered.

Signed: March 7, 2024

W. Carleton Metcalf
United States Magistrate Judge