# EXHIBIT 2

From: Schaefer, Jesse Jesse.Schaefer@wbd-us.com
Subject: Stevens v. Montreat et al (23-cv-00284) - Removal to Federal Court
Date: Oct 10, 2023 at 4:26:38 PM
To: Ryan Stevens ryan_stevens316@icloud.com

Mr. Stevens,

I have attached a courtesy copy of the removal papers that were filed and served on Friday of last week. Please be advised that the case has been removed from the Buncombe County Superior Court to the District Court for the Western District of North Carolina. You should coordinate with the federal court to have summonses issued for the Individual Defendants.

I believe you already have the exhibits electronically, but please let me know if you would like me to send them via our file delivery service.

Regards,

Jesse

**Jesse Schaefer**
Partner
Womble Bond Dickinson (US) LLP

**d:** 919-755-8182
**e:** Jesse.Schaefer@wbd-us.com

555 Fayetteville Street
Suite 1100
Raleigh, NC 27601



womblebonddickinson.com

  

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.