IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00284-MR-WCM

| | | |
|---|---|---|
| RYAN CRAIG STEVENS, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MONTREAT COLLEGE; | ) | |
| DR. PAUL J. MAURER; | ) | |
| DR. DANIEL BENNETT; | ) | |
| DR. DOROTHEA SHUMAN; and | ) | |
| DR. RYAN ZWART, | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's "Motion for Court to Order Service to be Made Within a Specified Time" (the "Motion," Doc. 38).

For the reasons previously stated with regard to a similar motion filed by Plaintiff, the Motion is **DENIED**. See Doc. 37.

It is so ordered.

Signed: March 12, 2024

W. Carleton Metcalf
United States Magistrate Judge