# EXHIBIT 1

From: Townsend, Jonathon Jonathon.Townsend@wbd-us.com
Subject: Ryan Stevens v. Montreat College et al. - 22 CVS 2965
Date: Apr 18, 2023 at 4:43:43 PM
To: Ryan_Stevens316@icloud.com
Cc: Jones, Beth Beth.Jones@wbd-us.com

Mr. Stevens,

We represent Montreat College and write to address several topics related to your lawsuit currently pending in Buncombe County Superior Court against Montreat College and several other individuals.

First, in addition to Montreat College, we also represent individual defendants Dr. Mauer, Dr. Bennett, Dr. Shuman and Dr. Swart. We understand you may have attempted to serve these defendants by delivering copies of the complaint and summons to Montreat College. We disagree this is proper service under the North Carolina Rules of Civil Procedure. Nonetheless, we have been authorized to accept service on behalf of these defendants and are willing to do so via email. If you confirm you have not yet modified or amended the complaint or any of its attachment, we will consider the complaint served on all defendants as of the date you email such confirmation.

Second, both parties have several pending motions before the Court including our motion to dismiss your complaint and your motion to amend the complaint. We would like to schedule and notice a hearing with the Court on all pending motions within the next thirty days. Please let us know if you are unavailable any time in the next thirty days and we will schedule a time with the Court that works for all parties.

Third, if you would like to amend your complaint, can you please do so within the next week? We doubt any amendment will cure the issues raised in our motion to dismiss but we will not oppose your request to amend the complaint and will strive to respond relatively quickly with an amended motion to dismiss any amended complaint that can be heard and decided by the Court.

Fourth, please confirm that you are not represented by counsel in this matter. If at any time you retain counsel, please let us know immediately so that we may direct all correspondence to your counsel of record. Unless you inform us you are represented by counsel, we will continue to communicate with you directly.

Finally, even though you are proceeding in this matter without counsel, we must reiterate to you that we will treat this case the same as if you were represented by counsel and you are obligated to comply with all application rules. Furthermore, we cannot offer you any legal advice, nor should you construe any statements by us

as legal advice to you. Our statements only reflect our clients' legal positions and you must conduct your own investigation as to your position.

If you have any questions, please let us know. We are happy to set up a call this week to discuss any substantive or scheduling issues.

Thank you,

Jonathon

**Jonathon Townsend**
Associate
Womble Bond Dickinson (US) LLP

d: 919-755-2175
m: 252-675-8465
e: Jonathon.Townsend@wbd-us.com

555 Fayetteville Street
Suite 1100
Raleigh, NC 27601



womblebonddickinson.com

  

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.