# EXHIBIT 2

From: Townsend, Jonathon Jonathon.Townsend@wbd-us.com
Subject: Ryan Stevens v. Montreat College et al. - 22-CVS-3965 / Please confirm
Date: Apr 21, 2023 at 10:23:42 PM
To: Ryan Stevens ryan_stevens316@icloud.com
Cc: Jones, Beth Beth.Jones@wbd-us.com

Mr. Stevens,

The four individual defendants may be served through us at the address listed below. Please do not contact them directly.

We'd like for you to serve the amended complaint by April 28, 2023, so that we can assess the amended complaint and then speak to the Trial Court Administrator on the following Monday, May 1, to request a hearing in May. Otherwise, we may miss the window to notice and schedule a hearing in May. Please let us know if you agree to that proposal.

Thanks,
Jonathon