# EXHIBIT 3

**From:** "Townsend, Jonathon" <Jonathon.Townsend@wbd-us.com>

**Date:** April 30, 2023 at 2:28:15 PM EDT

**To:** Ryan Stevens <ryan_stevens316@icloud.com>

**Subject: Ryan Stevens v. Montreat College et al. - 22-CVS-3965 / Status update - Confirmation request**

Ryan,

As long as the exhibits remain the same (no changes to the Exhibit numbers or additional exhibits) you do not need to send them again. An email attaching the amended complaint is sufficient.

Please send the amended complaint today/tonight if at all possible so I have a chance to review it before tomorrow and make a decision about how we intend to respond.

Thank you.

Jonathon