# EXHIBIT 6

From: Ryan Stevens ryan_stevens316@icloud.com
Subject: Re: Ryan Stevens v. Montreat College et al. - 22-CVS-3965 / False affidavit of motion for 30 day extension / Carrier will print account history
Date: May 1, 2023 at 6:00:17 PM
To: Townsend, Jonathon Jonathon.Townsend@wbd-us.com

---

Jonathan,

Thank you for the reply.

The particular motion (30 day extension) was not mailed.
The certificate of service is false, as it was not served, perhaps unintentionally.
Therefore, please furnish the record of service, per the particular mail carrier.
Simply, provide the account mail history, per the address and sent dates, by having the particular carrier print it.

Questions:

Which person mailed it?
Which mail carrier was used?
What date and time was it mailed?

You are not referring to the particular motion, but rather a different document.

To reiterate: Your first motion (30 day extension) was not mailed.
You are referring to another document (motion to dismiss/more definite statement).

You instructed me to not serve the other defendants via their personal addresses.
Please furnish each of the Defendants' addresses.

Incorrect: I stated I will attempt to serve it ASAP, hopefully by the dates specified, per your requested, but unfortunately have not completed it, yet.
I have invested a significant amount of time into the amended complaint, and am hopeful to finalize it, soon.

Although you were contacted on February 15, 2023, a response was not provided until April 18, 2023.
Furthermore, you did not answer the pertinent question until after 4:00 p.m., today, May 1, 2023, while referring to a different motion that was eventually served, but the motion for 30 day extension was not served.

Please furnish the account mail history, per the address and sent dates, by having the particular carrier print it.

Please note: It appears the particular motion was unintentionally not served (certainly not perjury, since you may have been unaware of the mistake); it is just false (invalid), and the carrier will verify such, per the account history.

Thank you.

Sincerely,
Ryan