# EXHIBIT 7

From: Ryan Stevens ryan_stevens316@icloud.com
Subject: Ryan Stevens v. Montreat College et al. - 22-CVS-3965 / Please confirm
Date: Apr 21, 2023 at 2:57:41 PM
To: Townsend, Jonathon Jonathon.Townsend@wbd-us.com

Mr. Townsend,

Thank you for the response.

Please furnish the address for each of the following parties:

Dr. Mauer, Dr. Bennett, Dr. Shuman, and Dr. Zwart.

Please confirm: If an amended complaint (one copy) is issued to the following address by the end of day of 05/01/23, it will be accepted as timely and properly served upon all parties:

555 Fayetteville Street, Suite 1100
Raleigh, NC 27601

Thank you.

P.S. Hope you have a great weekend, as well.

Sincerely,
Ryan C. Stevens