UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| RYAN CRAIG STEVENS<br><br>Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE;<br>DR. PAUL J. MAURER;<br>DR. DANIEL T. BENNETT;<br>DR. DOROTHEA K. SHUMAN; and<br>DR. RYAN T. ZWART,<br><br>Defendants. | Case No. 1:23-cv-00284-MR-WCM<br><br>MOTION FOR DEFAULT JUDGEMENT<br><br>Hand-Delivered<br><br>FILED<br>ASHEVILLE, NC<br><br>JUN 21 2024<br><br>U.S. DISTRICT COURT<br>W. DISTRICT OF N.C. |

Plaintiff, Ryan Craig Stevens, pursuant to Rule 55 of the Federal Rules of Civil Procedure, respectfully moves the Court for Default Judgement.

In support of this motion, Plaintiff shows good cause, as follows:

1. The Individual Defendants' answer (Doc. 24), filed January 30, 2024, to Plaintiff's Second Amended Complaint (Doc. 14), filed December 29, 2023, was filed tardy (32 days later), exceeding the 21-day time requirement for a defendant to serve a responsive pleading, resulting in violation of Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, constituting failure to appear.

WHEREFORE, Plaintiff respectfully requests the Court to enter an order for Default Judgment.

Dated this 21st Day of June, 2024.

_/s/ Ryan Stevens_

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se

# CERTIFICATE OF SERVICE

I, PLAINTIFF, hereby certify the foregoing **MOTION FOR DEFAULT JUDGEMENT** was filed, this day, via the CM/ECF system, and served contemporaneously via mail and email to Defendants' counsel:

>Beth Tyner Jones, N.C. State Bar No. 15923
>Jesse A. Schaefer, N.C. State Bar No. 44773
>Womble Bond Dickinson (US) LLP
>555 Fayetteville Street, Suite 1100
>Raleigh, NC 27601
>Telephone: (919) 755-8125
>Facsimile: (919) 755-6752
>Email: Jesse.Schaefer@WBD-US.com
>Beth.Jones@WBD-US.com

>Counsel for Defendants, Montreat College, et al.

Dated this 21st Day of June, 2024.

_Ryan Stevens_

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se