UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| RYAN CRAIG STEVENS<br><br>Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE;<br>DR. PAUL J. MAURER;<br>DR. DANIEL T. BENNETT;<br>DR. DOROTHEA K. SHUMAN; and<br>DR. RYAN T. ZWART,<br><br>Defendants. | Case No. 1:23-cv-00284-MR-WCM<br><br>BRIEF IN SUPPORT OF<br>MOTION FOR DEFAULT JUDGEMENT |

Plaintiff, Ryan Craig Stevens, pursuant to Rule 55 of the Federal Rules of Civil Procedure, respectfully moves the Court for Default Judgement.

In support of this motion, Plaintiff shows good cause, as follows:

1. The Individual Defendants' answer (Doc. 24), filed January 30, 2024, to Plaintiff's Second Amended Complaint (Doc. 14), filed December 29, 2023, was filed tardy (32 days later), exceeding the 21-day time requirement for a defendant to serve a responsive pleading, resulting in violation of Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, constituting failure to appear.

2. On January 12, 2024, Montreat College filed its Motion to Dismiss Second Amended Complaint (Doc. 18), along with the Brief (Doc. 19), consisting of supporting memorandum in which the United States Magistrate Judge, W. Carleton Metcalf, states: "This document is captioned as being made on behalf of 'Defendants' but the text of the motion and supporting memorandum indicate it is made solely by Montreat [College]" (Doc. 21, p. 4, n. 1).

3. On January 24, 2024, the Court "ORDERED THAT: 1. Plaintiff's Motion for Extension of Time (Doc. 16) is GRANTED, and Plaintiff's Second Amended Complaint (Doc. 14) is DEEMED TIMELY FILED as of December 29, 2023" (Doc. 21).

WHEREFORE, Plaintiff respectfully requests the Court to enter an order for Default Judgment.

Dated this 21st Day of June, 2024.

*/s/ Ryan Stevens*

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se

2 of 3
Case 1:23-cv-00284-MR-WCM   Document 53-1   Filed 06/21/24   Page 2 of 3

# CERTIFICATE OF SERVICE

I, PLAINTIFF, hereby certify the foregoing **BRIEF IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT** was filed, this day, via the CM/ECF system, and served contemporaneously via mail and email to Defendants' counsel:

>Beth Tyner Jones, N.C. State Bar No. 15923
>Jesse A. Schaefer, N.C. State Bar No. 44773
>Womble Bond Dickinson (US) LLP
>555 Fayetteville Street, Suite 1100
>Raleigh, NC 27601
>Telephone: (919) 755-8125
>Facsimile: (919) 755-6752
>Email: Jesse.Schaefer@WBD-US.com
>Beth.Jones@WBD-US.com

>Counsel for Defendants, Montreat College, et al.

Dated this 21st Day of June, 2024.

_____

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se