UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| RYAN CRAIG STEVENS<br><br>Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE;<br>DR. PAUL J. MAURER;<br>DR. DANIEL T. BENNETT;<br>DR. DOROTHEA K. SHUMAN; and<br>DR. RYAN T. ZWART,<br><br>Defendants. | Case No. 1:23-cv-00284-MR-WCM<br><br>MOTION FOR LEAVE TO FILE A<br>FOURTH AMENDED COMPLAINT<br><br>Hand-Delivered<br><br>FILED<br>ASHEVILLE, NC<br><br>JUN 21 2024<br><br>U.S. DISTRICT COURT<br>W. DISTRICT OF N.C. |

Plaintiff, Ryan Craig Stevens, pursuant to Rule 15 of the Federal Rules of Civil Procedure, respectfully moves the Court for leave to file a Fourth Amended Complaint, "as a matter of course," and as "the court should freely give leave when justice so requires."

In support of this motion, Plaintiff shows good cause, as follows:

1. Plaintiff filed the Motion for Leave (Doc. 20), dated January 19, 2024, within 21 days from the Second Amended Complaint filing date of December 29, 2023 (Doc. 14), and before Defendants served their answers in which the Individual Defendants' response was filed on January 30, 2024, 32 days later (Doc. 24), exceeding the 21-day time requirement for a defendant to serve a responsive pleading, resulting in violation of Rule 12(a)(1)(A)(i), constituting failure to appear.

2. Plaintiff's Motion for Leave was denied, as it "does not indicate that Plaintiff has consulted with defense counsel" and "it is not clear whether Plaintiff seeks leave to file yet another amended complaint, or whether he is seeking retroactive permission to file his Fourth Amended Complaint" (Doc. 21. p. 5, par. 3).

WHEREFORE, Plaintiff respectfully requests the Court to enter an order granting leave to file a Fourth Amended Complaint on, or before, July 24, 2024, "as a matter of course," and as "the court should freely give leave when justice so requires."

Dated this 21st Day of June, 2024.

_Ryan Stevens_

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se

## CERTIFICATE OF SERVICE

I, PLAINTIFF, hereby certify the foregoing **MOTION FOR LEAVE TO FILE A FOURTH AMENDED COMPLAINT** was filed, this day, via the CM/ECF system, and served contemporaneously via mail and email to Defendants' counsel:

    Beth Tyner Jones, N.C. State Bar No. 15923
    Jesse A. Schaefer, N.C. State Bar No. 44773
    Womble Bond Dickinson (US) LLP
    555 Fayetteville Street, Suite 1100
    Raleigh, NC 27601
    Telephone: (919) 755-8125
    Facsimile: (919) 755-6752
    Email: Jesse.Schaefer@WBD-US.com
    Beth.Jones@WBD-US.com

Counsel for Defendants, Montreat College, et al.

Dated this 21st Day of June, 2024.

_/s/ Ryan Stevens_

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se