UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| RYAN CRAIG STEVENS<br><br>Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE;<br>DR. PAUL J. MAURER;<br>DR. DANIEL T. BENNETT;<br>DR. DOROTHEA K. SHUMAN; and<br>DR. RYAN T. ZWART,<br><br>Defendants. | Case No. 1:23-cv-00284-MR-WCM<br><br>**MOTION FOR EXTENSION OF TIME**<br><br>Hand-Delivered<br><br>FILED<br>ASHEVILLE, NC<br><br>JUN 21 2024<br><br>U.S. DISTRICT COURT<br>W. DISTRICT OF N.C. |

Plaintiff, Ryan Craig Stevens, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully moves the Court for Motion for Extension of Time.

In support of this motion, Plaintiff shows good cause, as follows:

1. Per Rule 4(b) of the Federal Rules of Civil Procedure, the Court failed to properly issue the summonses by excluding the Clerk's signature and/or Court's seal, after "[P]laintiff [ ] present[ed] [the] summons[es] to the Clerk for signature and seal," on December 29, 2023; however, Plaintiff acknowledges the proposed summonses lacked a sufficient blank section at the bottom of the page.[1]

---

[1] The Court presented the Summons in a Civil Action form, which does not indicate the amount of required spacing.

WHEREFORE, Plaintiff respectfully requests the Court enter an order for Extension of Time.

Dated this 21st Day of June, 2024.

_/s/ Ryan Stevens_

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se

# CERTIFICATE OF SERVICE

I, PLAINTIFF, hereby certify the foregoing **MOTION FOR EXTENSION OF TIME** was filed, this day, via the CM/ECF system, and served contemporaneously via mail and email to Defendants' counsel:

    Beth Tyner Jones, N.C. State Bar No. 15923
    Jesse A. Schaefer, N.C. State Bar No. 44773
    Womble Bond Dickinson (US) LLP
    555 Fayetteville Street, Suite 1100
    Raleigh, NC 27601
    Telephone: (919) 755-8125
    Facsimile: (919) 755-6752
    Email: Jesse.Schaefer@WBD-US.com
    Beth.Jones@WBD-US.com

    Counsel for Defendants, Montreat College, et al.

Dated this 21st Day of June, 2024.

*/s/ Ryan Stevens*

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se