## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

RYAN CRAIG STEVENS

Plaintiff,

v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

Defendants.

**Case No. 1:23-cv-00284-MR-WCM**

**BRIEF IN SUPPORT OF
MOTION FOR EXTENSION OF TIME**

Plaintiff, Ryan Craig Stevens, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully moves the Court for Motion for Extension of Time.

In support of this motion, Plaintiff shows good cause, as follows:

1.     Per Rule 4(b) of the Federal Rules of Civil Procedure, the Court failed to properly issue the summonses by excluding the Clerk's signature and/or Court's seal, after "[P]laintiff [ ] present[ed] [the] summons[es] to the Clerk for signature and seal," on December 29, 2023; however, Plaintiff acknowledges the proposed summonses lacked a sufficient blank section at the bottom of the page.[1]

2.     On March 4, 2024, the Clerk reissued the summonses, bearing the Court Clerk's signature and Court's seal, due to the Court's error in "sign[ing], seal[ing], and issu[ing]" the summonses.

3.     On April 8, 2024, the Court's Operations Supervisor, Missy Frisch, opined the impression of the Court's raised seal on a summons was sufficient as meeting the following requirements of Rule 4 of the Federal Rules of Civil Procedure: a summons must: "(F) be signed by the clerk; and (G) bear the court's seal."

---

[1] The Court presented the Summons in a Civil Action form, which does not indicate the amount of required spacing.

1 of 3

WHEREFORE, Plaintiff respectfully requests the Court enter an order for Extension of Time.

Dated this 21st Day of June, 2024.

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se

## CERTIFICATE OF SERVICE

I, PLAINTIFF, hereby certify the foregoing **MOTION FOR EXTENSION OF TIME** was filed,

this day, via the CM/ECF system, and served contemporaneously via mail and email to Defendants' counsel:

Beth Tyner Jones, N.C. State Bar No. 15923
Jesse A. Schaefer, N.C. State Bar No. 44773
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8125
Facsimile: (919) 755-6752
Email: Jesse.Schaefer@WBD-US.com
Beth.Jones@WBD-US.com

Counsel for Defendants, Montreat College, et al.

Dated this 21st Day of June, 2024.

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se