UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| RYAN CRAIG STEVENS<br><br>Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE;<br>DR. PAUL J. MAURER;<br>DR. DANIEL T. BENNETT;<br>DR. DOROTHEA K. SHUMAN; and<br>DR. RYAN T. ZWART,<br><br>Defendants. | Case No. 1:23-cv-00284-MR-WCM<br><br>MOTION FOR ORDER<br>DEEMING DEFENDANTS<br>PROPERLY AND TIMELY SERVED<br><br>Hand-Delivered<br>FILED<br>ASHEVILLE, NC<br><br>JUN 21 2024<br><br>U.S. DISTRICT COURT<br>W. DISTRICT OF N.C. |

Plaintiff, Ryan Craig Stevens, pursuant to Rule 4 of the Federal Rules of Civil Procedure, respectfully moves the Court to enter an Order deeming Defendants as properly and timely served.

In support of this motion, Plaintiff shows good cause, as follows:

1. On March 2, 2023, the Individual Defendants received notice of the alias and pluries summons, and acknowledged receipt, while waiving service, as the Individual Defendants "authorized [Womble Bond Dickinson (US) LLP] to accept service on [their] behalf..." (Doc. 24-5, Ex. A at 16). (Docs. 24-1, Ex. A at 2-9; 24-2, Ex. A at 2-9; 24-3 Ex. A at 2-9; 24-4 Ex. A at 2-9)

2. On April 18, 2023, Defendants' counsel, Jonathon Townsend, states: "we also represent [the] [I]ndividual [D]efendants," while acknowledging and "accept[ing]" service. (Doc. 24-5 Ex. A at 16)

3. On October 6, 2023, Defendants filed a Notice of Removal, accepting service of process.

WHEREFORE, Plaintiff respectfully requests the Court enter an Order deeming Defendants as properly and timely served.

Dated this 21st Day of June, 2024.

_____

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se

## CERTIFICATE OF SERVICE

I, PLAINTIFF, hereby certify the foregoing **MOTION FOR ORDER DEEMING DEFENDANTS PROPERLY AND TIMELY SERVED** was filed, this day, via the CM/ECF system, and served contemporaneously via mail and email to Defendants' counsel:

    Beth Tyner Jones, N.C. State Bar No. 15923
    Jesse A. Schaefer, N.C. State Bar No. 44773
    Womble Bond Dickinson (US) LLP
    555 Fayetteville Street, Suite 1100
    Raleigh, NC 27601
    Telephone: (919) 755-8125
    Facsimile: (919) 755-6752
    Email: Jesse.Schaefer@WBD-US.com
    Beth.Jones@WBD-US.com

    Counsel for Defendants, Montreat College, et al.

Dated this 21st Day of June, 2024.

_/s/ Ryan Stevens_

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se