UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| RYAN CRAIG STEVENS<br><br>Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE;<br>DR. PAUL J. MAURER;<br>DR. DANIEL T. BENNETT;<br>DR. DOROTHEA K. SHUMAN; and<br>DR. RYAN T. ZWART,<br><br>Defendants. | Case No. 1:23-cv-00284-MR-WCM<br><br>MOTION TO WITHDRAW CASE<br><br>Hand-Delivered<br>FILED<br>ASHEVILLE, NC<br><br>JUN 21 2024<br><br>U.S. DISTRICT COURT<br>W. DISTRICT OF N.C. |

Plaintiff, Ryan Craig Stevens, pursuant to Rule 41 of the Federal Rules of Civil Procedure, respectfully moves the Court to withdraw the case in order for Plaintiff to refile it, unless the Court deems Defendants properly and timely served, and grants Plaintiff's Motion for Leave to File a Third Amended Complaint, or the Motion for Leave to File a Fourth Amended Complaint.

WHEREFORE, Plaintiff respectfully requests the Court withdraw the case.

Dated this 21st Day of June, 2024.

_____
Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se

## CERTIFICATE OF SERVICE

I, PLAINTIFF, hereby certify the foregoing **MOTION TO WITHDRAW** was filed, this day, via the CM/ECF system, and served contemporaneously via mail and email to Defendants' counsel:

> Beth Tyner Jones, N.C. State Bar No. 15923
> Jesse A. Schaefer, N.C. State Bar No. 44773
> Womble Bond Dickinson (US) LLP
> 555 Fayetteville Street, Suite 1100
> Raleigh, NC 27601
> Telephone: (919) 755-8125
> Facsimile: (919) 755-6752
> Email: Jesse.Schaefer@WBD-US.com
> Beth.Jones@WBD-US.com
>
> Counsel for Defendants, Montreat College, et al.

Dated this 21st Day of June, 2024.

*/s/ Ryan Stevens*

Ryan Craig Stevens

23 Sleepy Hollow Lane
Swannanoa, NC 28778
(865) 469-1950
Ryan_Stevens316@icloud.com

Plaintiff in pro se