UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1-23-cv-00284-MR-WCM

| | |
|---|---|
| RYAN CRAIG STEVENS,<br><br>    Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE, DR. PAUL J. MAURER, DR. DANIEL BENNETT, DR. DOROTHEA SHUMAN, and DR. RYAN ZWART,<br><br>    Defendants. | **DEFENDANTS' MOTION FOR GATEKEEPER ORDER AND OTHER SANCTIONS** |

Defendants Montreat College, Dr. Paul J. Maurer, Dr. Daniel Bennett, Dr. Dorothea Shuman, and Dr. Ryan Zwart (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 11 and the Court's inherent authority to prevent frivolous and vexatious filings, hereby respectfully move the Court to impose sanctions upon Plaintiff Ryan Craig Stevens ("Plaintiff") in the form of monetary sanctions and the imposition of a pre-filing injunction. The facts and arguments in support of this Motion are set forth in Defendant's Brief in Support of this Motion for Gatekeeper Order and Other Sanctions filed contemporaneously herewith.

Respectfully submitted, this the 5th day of March, 2025.

                **WOMBLE BOND DICKINSON (US) LLP**

By: /s/ Jesse A. Schaefer
Beth Tyner Jones, N.C. State Bar No. 15923
Jesse Schaefer, N.C. State Bar No. 44773
Zachary S. Buckheit, N.C. State Bar No. 55123
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8182
Facsimile: (919) 755-6752
Email: jesse.schaefer@wbd-us.com
       beth.jones@wbd-us.com
       zach.buckheit@wbd-us.com

*Counsel for Defendant Montreat, Dr. Paul J. Maurer, Dr. Daniel Bennett, Dr. Dorothea Shuman, and Dr. Ryan Zwart*

# CERTIFICATE OF SERVICE

      I hereby certify that I have this day filed the foregoing in the CM/ECF system and served the foregoing to the following persons via U.S. mail and email:

>Ryan Stevens
>23 Sleepy Hollow Lane
>Swannanoa, NC 28778
>Email: ryan_stevens316@icloud.com
>*Pro se Plaintiff*

This the 5th day of March, 2025.

                              **WOMBLE BOND DICKINSON (US) LLP**

                By:  /s/ Jesse A. Schaefer
                      Beth Tyner Jones, N.C. State Bar No. 15923
                      Jesse Schaefer, N.C. State Bar No. 44773
                      Zachary S. Buckheit, N.C. State Bar No. 55123
                      555 Fayetteville Street, Suite 1100
                      Raleigh, NC 27601
                      Telephone: (919) 755-8182
                      Facsimile: (919) 755-6752
                      Email: jesse.schaefer@wbd-us.com
                              beth.jones@wbd-us.com
                              zach.buckheit@wbd-us.com

                      *Counsel for Defendant Montreat, Dr. Paul J. Maurer, Dr. Daniel Bennett, Dr. Dorothea Shuman, and Dr. Ryan Zwart*