# EXHIBIT B

# 22-CVS-03965 (now 1-23-cv-00284-MR-WCM)

| Date | Filing | Notes |
| --- | --- | --- |
| 2/6/2023 | Plaintiff's Motion for Entry of Default or Discovery (D.E. 1-3) | Meritless. Sought entry of default even though Court had granted extension of time for Defendants to answer |
| 2/14/2023 | Plaintiff's Motion for Entry of Default (D.E. 1-4) | Duplicative of motion filed on 2/6/2023 |
| 2/15/2023 | Plaintiff's Motion for Extension of Time (D.E. 1-5) | Meritless. Sought extension of time to file an answer to Defendants' motion to dismiss, which is not required. |
| 2/20/2023 | Plaintiff's Motion for Leave to File Amended Complaint (D.E. 1-6) | Meritless. Sought leave to file an amended complaint when such an amendment could be made as a matter of right. |
| 12/5/2023 | Motion for Extension of Time (D.E. 8) | Procedurally improper. Sought to extend filing deadline after the deadline had passed, with no supporting brief. |
| 12/29/2023 | Motion for Extension of Time (D.E. 15) | Procedurally improper. Sought to extend filing deadline after the deadline had passed, with no supporting brief. |
| 1/11/2024 | Motion for Extension of Time (D.E. 16) | Procedurally improper. Sought to extend filing deadline after both the deadline and the date previously requested had passed. |
| 1/11/2024 | Third Amended Complaint (D.E. 17) | Procedurally improper. Filed without consent or leave of court. |
| 1/19/2024 | Motion for Leave to Amend Complaint (D.E. 20) | Procedurally improper. No proposed amendment attached, and no supporting brief. |

1

| 2/26/2024 | Motion for Summary Judgment Per Defendants' Counsel's Bad Faith Declaration (D.E. 27) | Meritless and procedurally improper. Sought summary judgment as a sanction for representations made in opposing counsel's declaration. |
|---|---|---|
| 2/26/2024 | Motion for Leave to File Third Amended Complaint (D.E. 28) | Procedurally improper. No proposed amendment attached, and no supporting brief—even after Court informed Plaintiff of these requirements. (See D.E. 21.) |
| 2/26/2024 | Motion for Extension of Time (D.E. 29) | Procedurally improper. Sought to extend filing deadline after the deadline had passed, with no supporting brief. |
| 2/26/2024 | Motion for Extension of Time (D.E. 30) | Procedurally improper. Sought to extend filing deadline after the deadline had passed, with no supporting brief. |
| 2/26/2024 | Motion for Court to Order Service of the Second Amended Complaint and Summonses (D.E. 31) | Meritless. Sought an order directing the U.S. marshals to correct defects in Plaintiff's service attempts. |
| 3/5/2024 | Motion for Court to Order Service to be Made Within a Specified Time (D.E. 36) | Meritless. Accuses defense counsel of malfeasance without cause and seeks an extension of time to serve Defendants without basis. |
| 3/8/2024 | Motion for Court to Order Service to be Made Within a Specified Time (D.E. 38) | Duplicative. Sought an extension of time to serve Individual Defendants after the Court had previously denied a substantially identical motion. (*See* D.E. 37.) |
| 3/13/2024 | Motion for Court to State the Deadline for Service of Summons (D.E. 40) | Duplicative. Sought an extension of time to serve Individual Defendants after the Court had <u>twice</u> denied substantially |

| | | identical motions. (*See* D.E. 37, 39.) |
|---|---|---|
| 3/13/2024 | Motion for Appropriate Sanctions (D.E. 41) | Meritless and duplicative. Sought sanctions against opposing counsel for "bad faith tactics," including the alleged conduct that formed the basis for the "Motion for Summary Judgment" filed on 2/26/2024. |
| 4/8/2024 | Third Amended Complaint (D.E. 45) | Procedurally improper. Filed without consent or leave after already having improperly filed a purported amended complaint. |
| 6/21/2024 | Motion for Default Judgment (D.E. 53) | Meritless. Sought entry of default against Individual Defendants even though they filed a motion to dismiss before they had been served. |
| 6/21/2024 | Motion for Leave to File Third Amended Complaint (D.E. 54) | Procedurally improper and duplicative. No proposed amendment attached, and no supporting brief. Substantially identical to motions previously denied by the Court twice. (*See* D.E. 21, 32.) |
| 6/21/2024 | Motion for Leave to File Third Amended Complaint (D.E. 55) | Procedurally improper and duplicative. No proposed amendment attached, and no supporting brief. Substantially identical to motions previously denied by the Court twice. (*See* D.E. 21, 32.) |
| 6/21/2024 | Motion for Extension of Time (D.E. 56) | Meritless, procedurally improper, and duplicative. Apparently sought extension of time to serve Individual Defendants after the Court had previously denied that request. No supporting brief. |

| | | |
|---|---|---|
| 6/21/2024 | Motion for Order Deeming Defendants Properly and Timely Served (D.E. 57) | Meritless, procedurally improper, and duplicative. Effectively sought extension of time to serve Individual Defendants after the Court had previously denied that request. No supporting brief. |
| 6/21/2024 | Motion to Withdraw Case (D.E. 58) | Meritless and procedurally improper. Sought an order conditionally withdrawing the case without prejudice if the Court ruled against Plaintiff on pending motions. No supporting brief. |
| 12/11/2024 | Motion for Leave to File an Amended Complaint (D.E. 66) | Meritless, duplicative, and procedurally improper. No supporting brief or proposed amended complaint. Filed after case was dismissed with prejudice. Similar to prior motions that were previously denied. (*See* D.E. 20, 28, 54, 55.) |
| 12/11/2024 | Motion for Reversal of the Order Granting Defendants' Motion to Dismiss (D.E. 67) | Meritless and procedurally improper. Untimely Rule 59(e) motion seeking to "reverse" final judgment because Plaintiff sought to add new allegations to support one of his claims. |
| 12/27/2024 | Brief in Support of Plaintiff's Motion to Modify Court's Docket Text (D.E. 70) | Meritless and procedurally improper. Effectively seeks an extension to file briefs by arguing that the Court miscounted when setting the reply deadline. No motion filed. |

## 24CVS002712-100 (now 1:24-cv-00225-MR-WCM)

| | | |
|---|---|---|
| 6/25/2024 | Complaint [in Third Action] (D.E. 1-1) | Meritless, duplicative, and procedurally improper. Substantially identical allegations to pending action and Second Action. Filed in defiance of this Court's order denying amendment. |
| 10/23/2024 | Motion for Extension of Time (D.E. 6) | Procedurally improper. Sought to extend filing deadline after the deadline had passed, with no supporting brief. |
| 12/4/2024 | Motion for Entry of Default (D.E. 9, 10) | Meritless. Sought entry of default for alleged delay in answering complaint prior to removal, even though this Court had granted an extension after removal and Defendants filed answer by deadline set by the Court. |
| 12/4/2024 | Motion to Strike Motion to Dismiss (D.E. 11) | Meritless. Sought to strike Defendants' motion to dismiss because Defendants allegedly delayed answering complaint prior to removal, even though Defendants complied with this Court's filing deadline. No supporting brief. |
| 12/4/2024 | Motion for Extension of Time (D.E. 12) | Meritless. Sought, in part, an extension of time to respond to Defendants' motion for extension of time to file a responsive pleading, which had been granted by the Court three months earlier. |
| 12/27/2024 | Brief in Support of Plaintiff's Motion to Modify Court's Docket Text (D.E. 17) | Meritless and procedurally improper. Effectively seeks an extension to file briefs by arguing that the Court miscounted when setting the reply deadline. No motion filed. |
| 1/14/2025 | Motion for Extension of Time (D.E. 19) | Procedurally improper. Sought to extend filing deadline after the deadline had passed, with no supporting brief. |
| 2/28/2025 | Motion to Alter or Amend Judgment | Meritless and procedurally improper. Untimely filed. Duplicative of previously |

5

| | | filed meritless motions that the Court has already denied. |

## 24-CVS-002712-100 (now 1:24-cv-00235-MR-WCM)

| Date | Filing | Notes |
|---|---|---|
| 6/24/2024 | Complaint [in Second Action] (D.E. 1-1). | Meritless, duplicative, and procedurally improper. Substantially identical allegations to pending action and Second Action. Filed in defiance of this Court's order denying amendment. |
| 12/4/2024 | Motion for Extension of Time (D.E. 5) | Meritless and procedurally improper. Sought, in part, an extension of time to respond to Defendants' motion for extension of time to file a responsive pleading, which had been granted by the Court three months earlier. Sought to extend filing deadline after the deadline had passed, with no supporting brief. |
| 12/4/2024 | Motion for Leave to File an Amended Complaint (D.E. 6) | Procedurally improper. No proposed amendment attached, and no supporting brief. |
| 12/4/2024 | Motion for Court to Reverse Decision Granting Defendants' Motion to Dismiss (D.E. 7) | Meritless and procedurally improper. Sought to "reverse" a decision in another case. Filed after the unalterable Rule 59(e) deadline. No supporting brief. |
| 1/14/2025 | Motion for Extension of Time (D.E. 14) | Meritless and procedurally improper. Sought to extend filing deadline after the deadline had passed, with no supporting brief. Sought, in part, to extend deadline to file reply brief in further support of motion that had already been granted in his favor. |
| 2/28/2025 | Motion to Alter or Amend Judgment | Meritless and procedurally improper. Untimely filed. Duplicative of previously |

6

| | | filed meritless motions that the Court has already denied. |
|---|---|---|