UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1-23-cv-00284-MR-WCM

| | |
|---|---|
| RYAN CRAIG STEVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTREAT COLLEGE, DR. PAUL J. MAURER, DR. DANIEL BENNETT, DR. DOROTHEA SHUMAN, and DR. RYAN ZWART,<br><br>    Defendants. | **DEFENDANTS' NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR GATEKEEPER ORDER AND OTHER SANCTIONS** |

Defendants Montreat College ("Montreat"), Dr. Paul J. Maurer ("Dr. Maurer"), Dr. Daniel Bennett ("Dr. Bennett"), Dr. Dorothea Shuman ("Dr. Shuman"), and Dr. Ryan Zwart ("Dr. Zwart" and, collectively with Montreat, Dr. Maurer, Dr. Bennett, and Dr. Shuman, "Defendants"), hereby withdraw Defendants' Motion for Gatekeeper Order and Other Sanctions (D.E. 77) (the "Motion").

Respectfully submitted, this the 19th day of March, 2025.

        **WOMBLE BOND DICKINSON (US) LLP**

By: /s/ Jesse A. Schaefer
     Beth Tyner Jones, N.C. State Bar No. 15923
     Jesse Schaefer, N.C. State Bar No. 44773
     Zachary S. Buckheit, N.C. State Bar No. 55123
     555 Fayetteville Street, Suite 1100
     Raleigh, NC 27601
     Telephone: (919) 755-8182
     Facsimile: (919) 755-6752
     Email: jesse.schaefer@wbd-us.com
           beth.jones@wbd-us.com
           zach.buckheit@wbd-us.com

*Counsel for Defendants Montreat College, Dr. Paul J. Maurer, Dr. Daniel Bennett, Dr. Dorothea Shuman, and Dr. Ryan Zwart*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing in the CM/ECF system and served the foregoing on the following persons via U.S. mail and email:

> Ryan Stevens
> 23 Sleepy Hollow Lane
> Swannanoa, NC 28778
> Email: ryan_stevens316@icloud.com
> *Pro se Plaintiff*

This the 19th day of March, 2025.

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ Jesse A. Schaefer
Beth Tyner Jones, N.C. State Bar No. 15923
Jesse Schaefer, N.C. State Bar No. 44773
Zachary S. Buckheit, N.C. State Bar No. 55123
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8182
Facsimile: (919) 755-6752
Email: jesse.schaefer@wbd-us.com
beth.jones@wbd-us.com
zach.buckheit@wbd-us.com

*Counsel for Defendants Montreat College, Dr. Paul J. Maurer, Dr. Daniel Bennett, Dr. Dorothea Shuman, and Dr. Ryan Zwart*