IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00284-MR-WCM

| | | |
|---|---|---|
| RYAN CRAIG STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MONTREAT COLLEGE; | ) | |
| DR. PAUL J. MAURER; | ) | |
| DR. DANIEL BENNETT; | ) | |
| DR. DOROTHEA SHUMAN; and | ) | |
| DR. RYAN ZWART, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on "Plaintiff's Motion to Dismiss Defendants' Motion for Gatekeeper Order and Other Sanctions" (the "Motion," Doc. 86). As its title indicates, Plaintiff's filing has submitted in response to "Defendants' Motion for Gatekeeper Order and Other Sanctions" (the "Motion for Sanctions," Doc. 77).

However, on March 19, 2025, Defendants withdrew their Motion for Sanctions. Doc. 87.

Accordingly, Plaintiff's Motion (Doc. 86) is **DENIED AS MOOT**.

It is so ordered.

Signed: March 20, 2025

*[signature]*

W. Carleton Metcalf
United States Magistrate Judge